EDWIN W. MONTGOMERY, Appellant, *v.* BUFFALO RAILWAY COMPANY, Respondent.

Reported below, 24 App. Div. 454.
(Submitted February 27, 1899; decided March 7, 1899.)

MOTION to amend return on appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, made December 18, 1897, reversing a judgment in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial, and from the judgment entered thereon January 3, 1898, by inserting in the notice of appeal the words ".as amended by the Appellate Division on the 25th day of March, 1898," and also a stipulation for judgment absolute.

*H. Filmore Brown* for motion.

No one opposed.

Motion granted, without costs.

GILBERT M. HUSTED, Appellant, *v.* DAVID THOMSON, as Trustee of the Estate of BENJAMIN LORD, Deceased, Respondent.

(Submitted March 6, 1899; decided March 14, 1899.)

Motion for reargument denied, with ten dollars costs. (See 158 N. Y. 328.)